UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

261 East 78 Lofts LLC,                                    Case No. 16-11644 (SHL)

                          Debtor.
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the status conferences scheduled to be heard on March 22, 2017 have been adjourned to March 29, 2017 at 11:00 a.m., when they will be heard by the Honorable Sean H. Lane, United States Bankruptcy Judge, in Courtroom 701 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004.  The Court has authorized the parties to appear by telephone through Court Call.

Dated: New York, New York
       March 22, 2017

                                          GOLDBERG WEPRIN FINKEL
                                              GOLDSTEIN LLP
                                          *Counsel for the Debtor*
                                          1501 Broadway, 22nd Floor
                                          New York, New York 10036
                                          (212) 221-5700

                                          By:    /s/ J. Ted Donovan