

Jason Leibowitz, Esq.
(212) 661-2900 ext. 4115
(646) 454-4168 (fax)
jleibowitz@kandfllp.com

March 28, 2017

*Via ECF & Electronic Mail*
Hon. Sean H. Lane, U.S.B.J.
United Stated Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      Re:   In re 261 East 78 Lofts LLC
               Chapter 11
               Case No. 1:11644-shl

Dear Judge Lane:

      This firm is counsel to secured creditors, SDF85 78th Street 1, LLC and SDF85 78th Street 2, LLC (collectively, the "Secured Creditors"), in the above-referenced matter.

      Please be advised that all pending matters previously scheduled to be heard on Wednesday, March 29, 2017, including the Case Management Status Conference and those matters identified on the Court's docket as ECF Nos. 16, 46, 54, 57, 59 and 60, have been adjourned on consent of the parties to Tuesday, April 4, 2017 at 11:00 a.m. in Courtroom 701:

      Thank you for your attention in this matter.

                                      Respectfully submitted,

                                      *s/ Jason Leibowitz*
                                      JASON LEIBOWITZ

Cc:   *Via ECF & Email*

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Bernadette M. Brennan on behalf of Defendant Tax Commission of the City of New York
bbrennan@law.nyc.gov

J. Ted Donovan on behalf of Debtor 261 East 78 Lofts LLC
TDonovan@GWFGlaw.com , jstrauss@gwfglaw.com

Leo Fox on behalf of Debtor 261 East 78 Lofts LLC
leofox1947@aol.com leofoxlaw@aol.com

Clifford A. Katz on behalf of Unknown Chun Peter Dong
ckatz@platzerlaw.com

Kevin J. Nash on behalf of Debtor 261 East 78 Lofts LLC
KNash@gwfglaw.com, jstrauss@gwfglaw.com

Jonathan S. Pasternak on behalf of Creditor DelBello Donnellan Weingarten et al.
jpasternak@ddw-law.com, lbarry@ddw-law.com

David H. Singer on behalf of Creditor Joseph Zelik
ds225522@aol.com

David L. Tillem on behalf of Creditor Joseph Zelik
tillemd@wemed.com