UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                            Chapter 11

261 East 78 Lofts LLC,                                            Case No. 1:16-11644-shl

                Debtor.                              **CERTIFICATE OF SERVICE**
-------------------------------------------------------------x


STATE OF NEW YORK                    }
                                     } ss.:
COUNTY OF NEW YORK                   }

      I, Jason Leibowitz, am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.  On **March 28, 2017**, I served a true copy of ***NOTICE OF ADJOURNMENT OF HEARING ON CONSENT*** (i) by filing same on the U.S. Bankruptcy Court, Southern District of New York Electronic Case Filing System and ii) by serving a true copy of the Notice of Electronic Filing and a copy of same by electronic mail to the parties listed below:

Bernadette M. Brennan on behalf of
Defendant Tax Commission of the City of New York
bbrennan@law.nyc.gov

J. Ted Donovan on behalf of Debtor 261 East 78 Lofts LLC
TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com

Leo Fox on behalf of Debtor 261 East 78 Lofts LLC
leofox1947@aol.com, leofoxlaw@aol.com

Clifford A. Katz on behalf of Unknown Chun Peter Dong
ckatz@platzerlaw.com

Jonathan S. Pasternak on behalf of Creditor DelBello Donnellan Weingarten et al.
jpasternak@ddw-law.com, lbarry@ddw-law.com

David H. Singer on behalf of Creditor Joseph Zelik
ds225522@aol.com

David L. Tillem on behalf of Creditor Joseph Zelik
tillemd@wemed.com


1

2

      On **March 29, 2017**, I served a true copy of the ***NOTICE OF ADJOURNMENT OF HEARING ON CONSENT*** by serving a true copy of the Notice of Electronic Filing and a copy of same by electronic mail to the parties listed below:

      Kevin J. Nash on behalf of Debtor 261 East 78 Lofts LLC
      KNash@gwfglaw.com

      *s/ Jason Leibowitz*
      Jason Leibowitz