# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*‡†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE A. McLEOD*
ARTHUR A. HIRSCHLER
ELI D. RAIDER
HOWARD S. BONFIELD
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIC ZARATIN
JOHN P. HOGAN
AVROHOM C. POSEN*
ANNA ARELLANO
NEIL I. ALBSTEIN*
GREGORY C. RICHMAND

J. Ted Donovan, Esq.
Direct: (212) 301-6943
Facsimile: (212) 221-6532
TDonovan@GWFGLaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
‡ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
* ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR

October 2, 2018

**By ECF Filing**
Honorable Sean H. Lane
United States Bankruptcy Judge
One Bowling Green
New York, New York 10004-1408

Re:    In re: 261 East 78 Lofts, LLC
       Case No. 16-11644 (SHL)

Dear Judge Lane:

I am writing on behalf of the above referenced Debtor to request that Your Honor provide assistance to the parties in their efforts to mediate the claims objections.

The parties were scheduled to mediate the Debtor's objections to claims of Besen & Associates, Inc. ("Besen") (ECF #s 93 and 94), Joseph Zelik ("Mr. Zelik") (ECF #97) and Peter Dong ("Dong") (ECF #98) at the Bankruptcy Court on September 6, 2018.

Mr. Zelik had initially communicated some reservations about mediation while there were outstanding depositions. The Madison Lenders have now been deposed, as have counsel for Madison, Miller and Sprei, however, Mr. Zelik nonetheless declined to participate in the September 6 mediation.

We were advised that Mr. Zelik has been consulting with his personal counsel on how best to proceed, and was in Israel for the Jewish holidays. It is my understanding that he returned last week, but there has been no further communication from Mr. Zelik's counsel.

7182416v.1

We thereafter respectfully request that the Court convene a conference of all interested parties by telephone or in person at the Court, so we can discuss compelling mediation so as to avoid a series of lengthy trials over the $430,000 that is at stake.

                                                Respectfully yours,

                                                J. Ted Donovan, Esq.

cc:    David Tillem, Esq.
        Daniel Swayze, Esq.
        Cliff Katz, Esq.
        Andrew Goldsmith, Esq.
        Paul Schwartzberg, Esq.

7182416v.1