UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                    Chapter 11

261 East 78 Lofts LLC,                                                      Case No. 16-11644 (SHL)

                                        Debtor.
-----------------------------------------------------------x

## ORDER AUTHORIZING DISTRIBUTION TO CREDITORS

Upon the Order of this Court dated May 17, 2017 (ECF #91) confirming the Chapter 11 Amended Plan of Reorganization filed by 261 East 78 Lofts LLC (the "Debtor"); and upon the Order of this Court dated January 4, 2019 (the "Settlement Order") (ECF #180); and the Settlement Order having provided, *inter alia*, for the approval of the Global Settlement of Claims Objections, the payment of certain claims asserted by Joseph Zelik and Besen & Associates, Inc., and the retention of approximately $108,670.41 (the "Escrow") by the law firm of Goldberg Weprin Finkel Goldstein LLP as Disbursing Agent; and the Disbursing Agent having since paid allowed professional fees and quarterly fees owed to the U.S. Trustee and having a current balance of $55,507.68 in the Escrow, including interest earned through December 31, 2018; and the Settlement Order having further provided that the Escrow be disbursed to pay allowed claims of Class 4 general unsecured creditors under the Plan upon further Order of this Court, together with a payment of an administrative expense in the amount of $10,000 to Lee Moncho; it is hereby

ORDERED, that the Disbursing Agent is hereby authorized and directed to make payments from the Escrow, including (a) $10,000 to Lee Moncho; (b) the distribution of $40,000 to the general unsecured creditors, resulting in a dividend of 3.034%, as set forth in the chart

2

annexed hereto as <u>Exhibit</u> "A", and (c) retain the balance of $5,507.68, plus all accrued interest

as a reserve pending further Order of this Court.

Dated: New York, New York
       February 7, 2019

                                       ***/s/ Sean H. Lane***
                                       United States Bankruptcy Judge

Proposed Distribution

| Name of Creditor | Amount of Claim | Amount to be Paid |
|---|---|---|
| Balance on Hand in Escrow | $55,507.68 | |
| Lee Moncho | $10,000.00 | $10,000.00 |
| US Trustee | $650.00 | $650.00 |
| Proposed Reserve | $4,857.68 | $4,857.68 |
| Proposed Distribution Amount | $40,000.00 | $40,000.00 |

Total general unsecured claims: $1,318,337.05
Dividend at $40,000:   3.034%

| Creditor | Amount of Claim | Amount to be Paid |
|---|---|---|
| NYC | $7,278.00 | $220.81 |
| All Boro | $350.00 | $10.62 |
| Dong | $1,000,000.00 | $30,340.00 |
| E Squared | $9,000.00 | $273.06 |
| JJL Management | $7,857.00 | $238.38 |
| Mando NY | $57,000.00 | $1,729.38 |
| Meisels | $2,000.00 | $60.68 |
| Metro Electric | $3,944.00 | $119.66 |
| NYC Water | $250.00 | $7.59 |
| PAR Plumbing | $2,994.00 | $90.84 |
| Safety Fire | $1,069.00 | $32.43 |
| Severud | $1,000.00 | $30.34 |
| Start Elevator | $3,000.00 | $91.02 |
| Con Ed | $2,169.00 | $65.81 |
| Crown Container | $300.00 | $10.76 |
| Design 2147 | $1,700.00 | $51.58 |
| Dongbu Insurance | $20,465.00 | $620.91 |
| Dr. Chung | $98,000.00 | $2,973.32 |
| Dr. Michael | $24,000.00 | $728.16 |
| Dr. Lighvani | $71,561.05 | $2,171.16 |
| IRS | $3,900.00 | $118.33 |
| NY State | $500.00 | $15.17 |
| Totals: | $1,318,337.05 | $40,000.00 |